Rule 5 Docs

8:18-mj-00070-Duty

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

26 February 2018



FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RE:  United States of America v. PHILIP JAMES LAYFIELD
     Our Docket No. 2:18-mj-6028
     Your Docket No. MJ18-0070

Dear Clerk:

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk

RECEIPT ACKNOWLEDGED BY:
DATE: _____

DNJ-Crim-004(Rev. 09/06)

CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CRIMINAL DOCKET FOR CASE #: 2:18-mj-06028-SCM-1

Case title: USA v. LAYFIELD                           Date Filed: 02/26/2018

Assigned to: Magistrate Judge Steven C. Mannion

**Defendant (1)**

PHILIP JAMES LAYFIELD                        represented by DAVID A. HOLMAN
*also known as*                                             OFFICE OF THE FEDERAL PUBLIC
Philip Samuel Pesin                                         DEFENDER
                                                            972 BROAD STREET
                                                            NEWARK, NJ 07102
                                                            (973) 645-6347
                                                            Email: david_holman@fd.org
                                                            *TERMINATED: 03/05/2018*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            Designation: Public Defender or
                                                            Community Defender Appointment

**Pending Counts**                                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                              **Disposition**
18:1341 MAIL FRAUD

**Plaintiff**

| | | |
|---|---|---|
| USA | | represented by **JASON SCOTT GOULD**<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF NEW JERSEY<br>970 BROAD STREET<br>SUITE 700<br>NEWARK, NJ 07102<br>973-645-2776<br>Email: jason.gould3@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2018 | | Arrest (Rule 5) of PHILIP JAMES LAYFIELD (spc, ) (Entered: 03/05/2018) |
| 02/26/2018 | 1 | Rule 5 Documents Received as to PHILIP JAMES LAYFIELD (spc, ) (Entered: 03/05/2018) |
| 02/26/2018 | 2 | Minute Entry for proceedings held before Magistrate Judge Steven C. Mannion:Attorney Appointment Hearing as to PHILIP JAMES LAYFIELD held on 2/26/2018, CJA 23 affidavit submitted, reviewed and Not approved. AFPD appointed to represent deft. in New Jersey only; Bond Hearing as to PHILIP JAMES LAYFIELD held on 2/26/2018, Hrg. adjourned until 3/2/18 at 11 am; Initial Appearance in Rule 5 Proceedings as to PHILIP JAMES LAYFIELD held on 2/26/2018 penalties placed on record. Deft. temporarily committed to USM until bail hrg. on 3/2/18 (Court Reporter/Recorder ECR.) (spc, ) (Entered: 03/05/2018) |
| 02/26/2018 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to PHILIP JAMES LAYFIELD. Signed by Magistrate Judge Steven C. Mannion on 2/26/2018. (spc, ) (Entered: 03/05/2018) |
| 02/26/2018 | 5 | TEMPORARY COMMITMENT Issued as to PHILIP JAMES LAYFIELD (spc, ) (Entered: 03/05/2018) |
| 02/26/2018 | 6 | WAIVER of Rule 5 Hearings by PHILIP JAMES LAYFIELD (spc, ) (Entered: 03/05/2018) |
| 03/02/2018 | 7 | Minute Entry for proceedings held before Magistrate Judge Steven C. Mannion:Bond Hearing as to PHILIP JAMES LAYFIELD held on 3/2/2018, Arguments heard from Counsel, ruling placed on record. Bail DENIED, deft. committed to custody of US Marshal pending transfer to Central District of California. (Court Reporter/Recorder ECR.) (spc, ) (Entered: 03/05/2018) |
| 03/02/2018 | 8 | COMMITMENT TO ANOTHER DISTRICT as to PHILIP JAMES LAYFIELD. Defendant committed to Central District of California. Signed by Magistrate Judge Steven C. Mannion on 3/2/2018. (spc, ) (Entered: 03/05/2018) |
| 03/02/2018 | 9 | Intradistrict Transfer to Central District of California as to PHILIP JAMES LAYFIELD. (spc, ) (Entered: 03/05/2018) |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Steven C. Mannion |
| v. | MAGISTRATE NO.: 2:18-mj-6028 |
| PHILIP JAMES LAYFIELD | DATE OF PROCEEDINGS: 2/26/2018 |
| | DATE OF ARREST: 2/26/2018 |

PROCEEDINGS: Rule 5 - Initial Appearance

(✓) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL  /  TODAY ~~ONLY~~
(✓) APPT. OF COUNSEL: ✓ AFPD  __ CJA
(✓) WAIVER OF HRG.: ID ✓ PRELIM ! ~~REMOVAL~~ Pre-removal
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
(✓) FINANCIAL AFFIDAVIT EXECUTED
(✓) OTHER  Penalties Placed on Record.

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.        DATE: _____
(✓) DETENTION / BAIL HRG.               DATE: 3-2-18 @ 11 AM
( ) TRIAL:  __ COURT  __ JURY           DATE: _____
( ) SENTENCING                          DATE: _____
( ) OTHER: _____                 DATE: _____

APPEARANCES:

AUSA  JASON GOULD

DEFT. COUNSEL  DAVID HOLMAN  APPT. FOR ~~TODAY~~ WEEK ONLY.

PROBATION _____

INTERPRETER _____
   Language: (         )

Time Commenced: _____
Time Terminated: _____
CD No: _____

*Scott P. Creegan*
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

    V.                            MAG. NO. 2:18-mj-6028
                                  :

PHILIP JAMES LAYFIELD
                                  :     O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __26__ day of __February__, 2018,

ORDERED that __DAVID HOLMAN, Esq.__ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant ~~is this cause until further order of the Court.~~ FoR ~~TODAY ONLY~~. this week only SM.

_____
STEVEN C. MANNION
U.S. Magistrate Judge

| AO 92 (Rev. 6/83) | **COMMITMENT** | |
|---|---|---|
| **United States District Court** | DISTRICT | New Jersey |
| UNITED STATES OF AMERICA V. Philip James Layfield | DOCKET NO. | |
| | MAGISTRATE CASE NO. | 2:18mj6028 |

The above named defendant was arrested upon the complaint of

charging a violation of   18: USC §1341

| **DISTRICT OF OFFENSE** New Jersey | **DATE OF OFFENSE** |
|---|---|

**DESCRIPTION OF CHARGES:**

Mail Fraud

**BOND IS FIXED AT**
$           Detained pending Bail Hrg on 3/2/2018 at 11:00 am

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

26 February 2018
Date

X _____
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

for the     DISTRICT OF     New Jersey

UNITED STATES OF AMERICA

V.

PHILIP JAMES LAYFIELD

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**

(Complaint/Indictment)

CASE NUMBER:    2:18-mj-6028

CHARGING DISTRICTS CASE NUMBER:    MJ18-0070

I understand that charges are pending in the    CENTRAL    District of    CALIFORNIA

alleging violation of    18 :1341 (Mail Fraud)    and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( X ) identity hearing

( X ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

February 26, 2018
Date

_____
Defense Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

PHILIP JAMES LAYFIELD

MAGISTRATE JUDGE: Steven C. Mannion

MAGISTRATE NO.: 2:18-mj-6028

DATE OF PROCEEDINGS: 3/2/2018

DATE OF ARREST: 2/26/2018

PROCEEDINGS: Bail Hearing / Continued Detention Hrg.

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

Arguments and package placed on record.

Δ states his position on the record.

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
(✓) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___ COURT ___ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

Δ Remanded to USM pending transfer to CDCA.

APPEARANCES:

AUSA  JASON GOULD

DEFT. COUNSEL  DAVID HOLMAN

PROBATION _____

INTERPRETER _____
Language: ( )

Time Commenced: _____
Time Terminated: _____
CD No: _____

*Scott P. Creegan*
DEPUTY CLERK

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the _____ District of _____ New Jersey

| UNITED STATES OF AMERICA<br>V.<br><br>PHILIP JAMES LAYFIELD | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:18-mj-6028 | MJ18-0070 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of   18   U.S.C. § 1341

**DISTRICT OF OFFENSE**
CENTRAL DISTRICT OF CALIFORNIA

**DESCRIPTION OF CHARGES:**

Mail Fraud

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☑ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | x Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | x No | ☐ Yes | Language: | |

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____2 March 2018_____    X  _____[signature]_____
Date                                             Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |